**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ANDERSON-TULLY COMPANY, a**
**Mississippi corporation, and**
**ISSAQUENA FARMS, INC., a**
**Mississippi corporation**                                                              **PLAINTIFFS**

**VS.**                                                         **CIVIL ACTION NO. 5:03cv296BrS**

**DONALD MACK JOHNSON,**
**LINDA DIANNE H. JOHNSON and**
**K.K.A., LLC**                                                                           **DEFENDANTS**

**O R D E R**

THIS CAUSE having come on before the Court at the request of Plaintiffs to establish jurisdiction of the Court regarding the property commonly known as Cottonwood Bar. Counsel of record for the parties hereto appeared before the Court on December 5, 2005. The Court accepted Max S. Lamb as an expert in the field of potamology. Through the testimony of Mr. Lamb and the exhibits entered into evidence, the Plaintiffs clearly established that the real property which is the subject of these proceedings, commonly known as Cottonwood Bar, had its origin in the State of Mississippi and consequently is located in the State of Mississippi. Additionally, the Court accepted the affidavits of Charles R. Dickinson, Jr. on behalf of Anderson-Tully Company, and Robert W. Tyson on behalf of Issaquena Farms, Inc., which, among other things, established that the amount in controversy in these proceedings is well in excess of $75,000 for each of the Plaintiffs herein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this Court has jurisdiction of the subject matter hereof and the parties hereto.

IT IS FURTHER ORDERED AND ADJUDGED that the Court's Findings of Fact and Conclusions of Law attached hereto are incorporated herein by this reference.

SO ORDERED AND ADJUDGED this 26th day of January, 2006.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT COURT JUDGE