IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 7 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

ANDERSON-TULLY COMPANY, a
Mississippi corporation, and
ISSAQUENA FARMS, INC., a
Mississippi corporation                                         PLAINTIFFS

VS.                                              CIVIL ACTION NO. 5:03cv296BrS

DONALD MACK JOHNSON,
LINDA DIANNE H. JOHNSON and
K.K.A., LLC                                                     DEFENDANTS

**CONSENT JUDGMENT**

THIS CAUSE came on before the Court on the Complaint to Remove Cloud filed by Anderson-Tully Company, a Mississippi corporation, and Issaquena Farms, Inc., a Mississippi corporation, and it appearing to the Court that the Defendants were duly served with Summons and Complaint in this proceeding and that the Court has jurisdiction of the subject matter hereof and the parties hereto, this Court having ruled by Order dated _____, 2006, that the real property which is the subject of these proceedings is located in Issaquena County, Mississippi, and it further appearing to the Court that on the 4th day of January, 2006, the parties hereto entered into a Settlement Agreement which, among other things, provided that a Consent Judgment may be entered herein, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that Anderson-Tully Company and Issaquena Farms, Inc. are the owners in fee simple of their respective portions of the property known as Cottonwood Bar, which bar was formed as accretions and alluvion to Section 7, T10N,

atco consent judgment.doc                    1

R9W, and to Sections 3, 4, 5 and 8 of T9N, R9W, Issaquena County, Mississippi. Cottonwood Bar is described as being bounded on the north and west by the abandoned channel of the Mississippi River, bounded on the southwest by the abandoned channel of the Mississippi River, and bounded on the east by the old Cottonwood Bar chute channel of the Mississippi River. The old Cottonwood Bar chute channel is located wholly within the State of Mississippi. The northern portion of said chute channel is shown by an agreed boundary line delineated on plat of survey recorded with a Boundary Line Agreement between the Chicago Mill and Lumber Company and Howard L. Jones, et al, dated April 2, 1965, and recorded in Book AI at pages 94, et seq. of the Land Records of Issaquena County, Mississippi. Said agreed boundary line in the old Cottonwood Bar chute channel is shown on said plat of survey as Points A, B, C, D, E and F. The agreed boundary line between Anderson-Tully Company and Jones Lumber Co. (now Issaquena Farms, Inc.) is described as commencing at Bench Mark GR-8A on the eastern shore of Island No. 97 and run thence South 74 degrees 52 minutes East (true) across Cottonwood Bar to the common corner of the lands of Jones (now Issaquena Farms, Inc.), Anderson-Tully Company and Chicago Mill and Lumber Company (now Issaquena Farms, Inc.) as depicted on said plat. A copy of said plat recorded with Deed Book AI at Page 94 is attached hereto as Exhibit 1 and made a part hereof as if fully copied herein. Cottonwood Bar is further defined as the property lying southerly and easterly of the approximate boundary line as shown on Exhibit A attached hereto. Exhibit A is a partial copy of sheets 55 and 58 of the Mississippi River Hydrographic Survey, 1995 - 1996 as prepared under the direction of the U. S. Army Corps of Engineers.

      IT IS FURTHER ORDERED AND ADJUDGED:

1.      All claims of title of Donald Mack Johnson, Linda Dianne H. Johnson and K.K.A., LLC, a Louisiana limited liability company, to the above described property are cancelled, and title to the Southern portion of said property as described above is quieted in Anderson-Tully Company and title to the Northern portion of said property as described above is quieted in Issaquena Farms, Inc. The following instruments executed by the parties hereinafter named are hereby cancelled and removed as clouds on the title of the property known as Cottonwood Bar, as follows:

   a)   Lee Johnson to Donald Mac (sic) Johnson, bearing date of December 14, 1976, recorded in Conveyance Book 95 at Page 122 of the Land Records of East Carroll Parish, Louisiana.

   b)   Charles R. Bracken to Donald Mack Johnson by writing bearing date of June 28, 1977, recorded in Book AM at Page 321 of the Land Records of Issaquena County, Mississippi.

   c)   Donald M. Johnson and Linda Dianne H. Johnson, his wife, to K.K.A., LLC by instrument dated September 28, 2000 entitled "Act of Donation", recorded in Book 152 at Page 347 of the Land Records of East Carroll Parish, Louisiana as that instrument applies to any portion of Cottonwood Bar (Tract V only),

   d)   Instrument entitled "Affidavit of Correction" dated October 3, 2001, executed by F. Sherman Boughton, Jr., recorded in Book 154 at Page 19 of the Land Records of East Carroll Parish, Louisiana as that instrument applies to any portion of Cottonwood Bar (Tract V only),

   e)   Donald Mack Johnson and Linda Dianne H. Johnson, husband and wife,

to K.K.A., LLC, by instrument entitled "Act of Correction and Clarification" dated December 20, 2002, recorded in Book 155 at Page 671 of the Land Records of East Carroll Parish, Louisiana.

IT IS FURTHER ORDERED AND ADJUDGED that none of the Defendants, Donald Mack Johnson, Linda Dianne H. Johnson or K.K.A., LLC, nor anyone claiming any right, title or interest by or through any of said Defendants have any claim or title or right to possession of any portion of Cottonwood Bar.

IT IS FURTHER ORDERED AND ADJUDGED that a Permanent Injunction is hereby entered against Donald Mack Johnson, Linda Dianne H. Johnson and K.K.A., LLC, ordering each of them, their successors or assigns, and any of their officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with them, from claiming, possessing, trespassing or in any other way making representations of ownership or control of the property known as Cottonwood Bar as above described.

SO ORDERED AND ADJUDGED this 26 day of _____, 200 6 .

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ROBERT R. BAILESS
BAR NO. 1683
ATTORNEY FOR PLAINTIFFS

_____
EDWIN WOODS, JR.
BAR NO. 8893
ATTORNEY FOR DEFENDANTS

Boundary

Boundary

Boundary

EXHIBIT A